JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ISAIAS ANTONIO ANAYA MENJIVAR,

Petitioner,

v.

TODD M. LYONS, ET Al.,

Respondents.

Case No. 5:26-cv-02046-MCS-DMK

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is granted. Respondents shall provide Petitioner an individualized bond hearing before a neutral immigration judge within seven days of entry of this Order, in accordance with 8 U.S.C. § 1226(a). If Respondents do not provide Petitioner an individualized bond hearing within seven days, they must immediately release him.

DATED:  June 2, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE